**Order entered August 15, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01198-CV

### IN THE INTEREST OF J.M.M., A CHILD

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-51915-2014**

## ORDER

We **GRANT** appellant's August 11, 2016 motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court on August 11, 2016 filed as of the date of this order.

/s/      ELIZABETH LANG-MIERS
JUSTICE